UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TAMBRA M. ROBINSON                                                         PLAINTIFF

v.                                            No. 5:21-CV-05142

LEWIS CHRYSLER-DODGE, INC.                                                 DEFENDANT

## OPINION AND ORDER

Before the Court is Defendant Lewis Chrysler-Dodge, Inc.'s motion (Doc. 8) to dismiss
and brief in support (Doc. 9).  Plaintiff Tambra Robinson filed a response (Doc. 11) in opposition,
statement of facts (Doc. 12), and brief (Doc. 13).  The motion will be denied.

Plaintiff's complaint alleges Defendant violated her rights under the Family Medical Leave
Act ("FMLA"), 29 U.S.C. § 2601, *et seq*.  Defendant argues Plaintiff's complaint must be
dismissed because Plaintiff has failed to state a claim and lacks standing.  Specifically, Defendant
argues Plaintiff resigned prior to requesting FMLA leave.  Defendant's motion incorporates six
exhibits that were not attached to the complaint, however, and the Court will not consider these
exhibits.  *See Casazza v. Kiser*, 313 F.3d 414, 417-418 (8th Cir. 2002) (finding court does not
convert a motion to dismiss into a motion for summary judgment when it does not rely upon
matters outside the complaint).

When ruling on a motion to dismiss under Rule 12(b)(6), the Court looks only to facts
alleged in the challenged complaint, materials that do not contradict it, and materials necessarily
embraced by the pleadings.  *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Glick v. W. Power Sports,
Inc.*, 944 F.3d 714, 717 (8th Cir. 2019) (citing *Smithrud v. City of St. Paul*, 746 F.3d 391, 397 (8th
Cir. 2014)); *Carlsen v. GameStop, Inc.*, 833 F.3d 903, 908 (8th Cir. 2016).  "[A] complaint must
contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its

face." *Ashcroft*, 556 U.S. at 678 (internal citations omitted).  Here, Plaintiff has alleged facts sufficient to state a claim for an FMLA claim.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 8) is DENIED.

IT IS SO ORDERED this 9th day of September, 2021.

/s/ P. K. Holmes, III

P.K. HOLMES, III
U.S. DISTRICT JUDGE